HENRY PIKE, JR., as Receiver, etc., of HASS & POHALSKI, Plaintiff, *v.* MECHANICS AND TRADERS' BANK, Appellant, Impleaded with BENOIT WASSERMAN and Others, Respondents.

*Supreme Court — power to stay one action pending the decision of another.*

'The Supreme Court has the power to restrain the trial of one of two actions brought in that court until the final disposition of the other, if justice demands it.

APPEAL by the defendant, the Mechanics and Traders' Bank, from .an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 17th day of July, 1894, denying the appellant's motion for an injunction staying and enjoining the respondents from proceeding with an action .brought by them against the plaintiff and others, and dissolving a temporary injunction staying the proceedings in such action.

*Charles Strauss*, for the appellant.

*Gratz Nathan*, for the respondents.

PER CURIAM:

Both being actions in the Supreme Court, there seems to be no doubt but that this court has the power to restrain the trial of one until the final disposition of the other, if justice demands it. We think, therefore, that the order appealed from should be reversed and order granted restraining the trial of the action subsequently brought until the final determination of the action first instituted; ten dollars costs and disbursements of the appeal to the appellant.

Present — VAN BRUNT, P. J., O'BRIEN and PARKER, JJ.

Order reversed and motion granted, with ten dollars costs and .disbursements to appellant.